1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ST. MICHAEL BALZARINI,                    No.  2:14-cv-0986 CKD P

12                    Petitioner,

13           v.                                  ORDER

14    KAMALA D. HARRIS, et al.,

15                    Respondents.

16

17           Petitioner, a state prisoner proceeding pro se, has filed a motion for a certificate of

18    appealability as to the May 15, 2014 dismissal of his application for a writ of habeas corpus.

19    (ECF  No. 8.)  Petitioner has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c)

20    and Local Rule 302.

21           A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

22    made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Here,

23    petitioner has not made the showing required by § 2253.

24           Accordingly, IT IS HEREBY ORDERED THAT petitioner's motion for a certificate of

25    appealability (ECF No. 8) is denied.

26    Dated:  October 14, 2014

27    _____
                                      CAROLYN K. DELANEY
28    2 / balz0986.coa                 UNITED STATES MAGISTRATE JUDGE